IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACQUELINE M. LATSON                                                          PLAINTIFF

vs.                                    Civil No. 04-4129

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                  DEFENDANT

## JUDGMENT

Comes now the Court on this the 27th day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that Plaintiff's Motion to Introduce New Additional Evidence (Doc. #8 & 9) is denied, and the decision of the Commissioner of the Social Security Administration is affirmed. Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)